# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

No. 5:11-CR-354-1H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CLYON HINNANT, | ) | |

This matter is before the Court on Defendant's request to modify his conditions of pretrial release. The proposed changes are as follows:

1. That Defendant be allowed to leave his residence Monday through Friday between the hours of 3:00 p.m. and 5:30 p.m. to pick his children up from school.

2. That Defendant be allowed to leave his residence to attend religious services on Sundays for a period not to exceed two hours.

For good cause shown, Defendant's request is **GRANTED**. Defendant's conditions of release shall hereby be **MODIFIED** to reflect the changes outlined above. Except as set forth herein, all other provisions of Defendant's conditions of release remain in effect. The Court further **DIRECTS** the clerk to provide copies of this Order to the Government, counsel for Defendant, and the United States Probation Office.

This the 5th day of January, 2012.

DAVID W. DANIEL
United States Magistrate Judge