UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-354-1H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLYON HINNANT | ORDER TO SEAL |

On motion of the Defendant, Clyon Hinnant, and for good cause shown, it is hereby ORDERED that the DE# 27 be sealed until further notice by this Court.

IT IS SO ORDER.

This 14th day of February, 2012.

MALCOLM J. HOWARD
Senior United States District Judge